**MEMO ENDORSED**

LAW OFFICES
## DOWNING & PECK, P.C.
ATTORNEYS AND COUNSELORS AT LAW
55 MAPLE AVENUE - SUITE 308
ROCKVILLE CENTRE, NEW YORK 11570

-------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/26/2024

| | | |
|---|---|---|
| JOHN M. DOWNING | TEL (212)-514-9190 | |
| MARGUERITE D. PECK | FAX (212)-514-9241 | ***MEMBER NY, NJ, & CT BARS |
| JOHN M. DOWNING, JR.*** | www.DOWNINGPECK.com | |
| ERNEST J. PECK | | |

_____
LAURA M. STAUNTON

January 26, 2024

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**    **Nicole Stacy Richetti v. Kyla N. Salley, Debbie A. Ashe,**
               **Lakiesha Ashe-Salley and Kyle Salley**
               **Docket No.: 24-cv-00031**
               **D&P # 3.1523;**
               **D/A: April 27, 2022**

Dear Honorable Madam:

The parties respectfully request a short adjournment of the time to file the initial conference discovery order as we are attempting to resolve the case.

                                                    Very truly yours,
                                                    DOWNING & PECK, P.C.

                                                    *John M. Downing, Jr.*

JDJ/de                                                    JOHN M. DOWNING, JR.
Cc:     Robert Birnbaum, Esq.
            Stillman & Stillman

Application DENIED without prejudice.  As set forth in the Undersigned's individual rules, any request for an adjournment must propose alternative dates, and any request for an extension should be made at least 48 hours in advance of the deadline.  The parties' letter also does not clearly indicate whether the parties request an adjournment of the Initial Pre-Trial Conference, an extension of yesterday's deadline to file a joint letter and proposed case management plan, or both.  The parties appear mistakenly to have attached a document to their letter and should be more diligent going forward.  Any renewed application must be filed not later than **Monday, January 19, 2024, at 12:00 P.M.**  The parties are encouraged **thoroughly** to review the Undersigned's individual rules.  Any future noncompliance with those rules may result in sanctions.

The parties may request a referral to mediation or to Magistrate Judge Stein for settlement discussions at any time.

    SO ORDERED.

01/26/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE