UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICOLE STACY RICHETTI,

        Plaintiff,     **24 Civ. No. 00031 (VEC) (GS)**

  -against-         **PRE-SETTLEMENT
                    CONFERENCE ORDER**

KYLA N. SALLEY, DEBBIE A. ASHE,
LAKIESHA ASHE-SALLEY, and KYLE
SALLEY,

        Defendants.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

  This action is scheduled for a Telephone Conference on **Wednesday, February 14, 2024 at 2:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 612 209 561#.**

  SO ORDERED.

DATED: New York, New York
     February 8, 2024

                          _____
                          The Honorable Gary Stein
                          United States Magistrate Judge